No. 1517, Misc. NAM SING SHAK *v.* HAWAII. Sup. Ct. Hawaii. Certiorari denied.

No. 1518, Misc. NAM SING SHAK *v.* HAWAII. Sup. Ct. Hawaii. Certiorari denied.

No. 1218, Misc. HOWARD *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Neil K. Evans* for petitioner. *John T. Corrigan* for respondent.

No. 1615, Misc. IN RE FRANK. Sup. Ct. N. J. Certiorari denied. *Robert P. Hanley* for petitioner.

No. 1211, Misc. JACKSON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Daniel G. Collins* for petitioner.

No. 1363, Misc. BECERA-SOTO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *David S. Cohen* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1318, Misc. SCHAWARTZBERG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.